UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-cv-22678-KMM

JESUS GONZALEZ,

      Plaintiff,

vs.

4100 PALM AVE, LLC.

      Defendant(s).
_____/

## NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, through the undersigned attorney, hereby gives notice to this Honorable Court that all parties have reached an amicable resolution of this dispute. Thus, Plaintiff respectfully requests for all deadlines in this case to be tolled while the parties finalize their agreement and move to dismiss this matter within ten (10) days of the filing of this Notice of Settlement.

Dated this 10th day of September 2024.

Respectfully Submitted,

                                    */s/ Alberto R. Leal*.
                                    Alberto R. Leal, Esq., P.A.
                                    Florida Bar No.: 1002345
                                    E-Mail: albertolealesq@gmail.com
                                    8927 Hypoluxo Rd. #157
                                    Lake Worth, FL 33467
                                    Phone: 954-637-1868
                                    Attorney for Plaintiff